| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CARO MARKS, Bar #159267 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
TORIDIO ALATORRE-DELGADILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-485 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| TORIDIO ALATORRE-DELGADILLO, | ) | |
| | ) | Date: March 29, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for TORIDIO ALATORRE-DELGADILLO, that the status conference hearing date of March 15, 2012 be vacated, and the matter be set for status conference on March 29, 2012 at 9:00 a.m.

The reason for this continuance is to allow Probation and both counsel time to review the defendant's criminal record and calculate his Criminal History Category under the Federal Sentencing Guidelines. Probation has advised counsel that the defendant's criminal history is more complicated than most, and Probation needs more time to analyze it.

The same is true for defense counsel, who must also review the defendant's record and Probation's calculations with the defendant. Government counsel has not yet tendered a plea agreement. All three parties request this continuance.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 29, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 14, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for
                                          Toridio Alatorre-Delgadillo


DATED: March 14, 2012.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is |
| 3 | ordered that the March 15, 2012, status conference hearing be |
| 4 | continued to March 29, 2012, at 9:00 a.m.  Based on the representation |
| 5 | of defense counsel and good cause appearing there from, the Court |
| 6 | hereby finds that the failure to grant a continuance in this case would |
| 7 | deny defense counsel reasonable time necessary for effective |
| 8 | preparation, taking into account the exercise of due diligence.  The |
| 9 | Court finds that the ends of justice to be served by granting a |
| 10 | continuance outweigh the best interests of the public and the defendant |
| 11 | in a speedy trial.  It is ordered that time up to and including the |
| 12 | March 29, 2012 status conference shall be excluded from computation of |
| 13 | time within which the trial of this matter must be commenced under the |
| 14 | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and |
| 15 | Local Code T-4, to allow defense counsel reasonable time to prepare. |

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE