1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CARO MARKS, Bar #159267
Designated Counsel for Service
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
TORIDIO ALATORRE-DELGADILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. 2:11-cr-00485-MCE
                                    )
           Plaintiff,               )
                                    ) **STIPULATION AND ORDER;**
     v.                             ) **CONTINUING STATUS CONFERENCE AND**
                                    ) **EXCLUDING TIME**
TORIDIO ALATORRE-DELGADILLO,        )
                                    ) Date: April 26, 2012
           Defendant.               ) Time: 9:00 a.m.
_____) Judge: Hon. Morrison C. England Jr.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for TORIDIO ALATORRE-DELGADILLO, that the status conference hearing date of March 29, 2012 be vacated, and the matter be set for status conference on April 26, 2012 at 9:00 a.m.

The reason for this continuance is as follows: The parties, including Probation, have insufficient information to calculate the defendant's criminal history. Specifically, his "rap" sheets list arrests and in some cases, convictions, but in most instances, they lack any disposition.

///

1    The defendant's guidelines will be calculated under U.S.S.G.
§2L1.2. The nature of the convictions as well as their dispositions are critical to the guidelines calculations on both the Criminal History and Offense Level axes. The parties cannot proceed without this information. Probation and the defense have ordered it and expect to be in possession of the defendant's criminal history information in early-mid April. All three parties request this continuance.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 26, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 29, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for
                                          Toridio Alatorre-Delgadillo


DATED: March 29, 2012.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 29, 2012, status conference hearing be continued to April 26, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 26, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE